UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DHOSPITALITY,

        Plaintiff,

v.

KARRY KORICH KDK INC.,

        Defendant.

Case No. 2:15-cv-2709
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On December 31, 2015, the Magistrate Judge issued a Report and Recommendation [ECF No. 5] recommending that the Court strike Plaintiff's Complaint [ECF No. 2] pursuant to Federal Rule of Civil Procedure 11(a). The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 5] is **ADOPTED**, and for the reasons set forth in that document, Plaintiff's Complaint [ECF No. 2] is **STRICKEN**.

**IT IS SO ORDERED.**

2-26-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE